UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Fayia Kollie, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>YRC Worldwide, Inc. and Yellow )<br>Transportation, Inc., )<br>)<br>    Defendants. )<br>)<br>) | Civil No. _____<br><br>**COMPLAINT** |

Plaintiff for his cause of action against the defendants alleges and states as follows:

1.   Plaintiff, Fayia Kollie, is a resident of Moorhead, Minnesota. Defendant YRC Worldwide, Inc. ("YRC") is a corporation headquartered in Overland Park, Kansas. It is a transportation service provider. Defendant Yellow Transportation, Inc. ("Yellow Transportation") is a subsidiary of YRC which specializes in heavy weight shipping of industrial, commercial and retail goods throughout the United States.

2.   Jurisdiction of the United States District Court for the District of Minnesota exists pursuant to 28. U.S.C. § 1332 in that the matter in controversy exceeds the sum of $75,000, exclusive of interests, costs and disbursements and the controversy is between citizens of different states.

3.   On December 23, 2007, Fayia Kollie was a passenger in an automobile driven by Agnes Kollie which was southbound on Interstate 65 near Brookston, Indiana.

4.   On or about December 23, 2007, Chester A. Decker, III , was driving a semi tractor pulling a double trailer which were owned by Yellow Transportation. Chester A. Decker, III was also southbound on Interstate 65 near Brookston, Indiana.

5. At all times material to this litigation, Chester A. Decker, III , was acting in the course and scope of his employment with Yellow Transportation.

6. Chester A. Decker, III , failed to maintain control of the vehicle he was driving, failed to maintain a proper lookout, failed to maintain a safe distance and was otherwise negligent when he drove the semi-tractor with double trailer into the rear end of the vehicle in which Fayia Kollie was a passenger.

7. Fayia Kollie sustained significant personal injury in the collision which was caused by the negligence of Chester A. Decker, III.

8. As a direct and proximate result of the negligence of Chester A. Decker, III , Fayia Kollie has incurred medical expenses, pain, suffering and permanent physical damage.

WHEREFORE, plaintiff prays that this court enter judgment in his favor against defendants for all damages sustained as a result of the accident.

Dated: March 2, 2010    OPPEGARD, WOLF & QUINTON

By:   s/Paul R. Oppegard
      Paul R. Oppegard    (121423)
      Attorneys for Plaintiff
      1506 Main Avenue, Suite 204
      P. O. Box 657
      Moorhead, MN  56561-0657
      Telephone: (218) 233-8105