**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fayia Kollie,

            Plaintiff,            Civil No. 10-605 (RHK/RLE)

vs.                               **ORDER**

YRC Worldwide, Inc., Yellow
Transporation, Inc.,

            Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 5, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge