## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Fayia Kollie,                                    Civil Action No.:  10-cv-605 (RHK/RLE)

        Plaintiff,

    vs.                                          **RULE 7.1 DISCLOSURE STATEMENT**

YRC Worldwide, Inc. and Yellow
Transportation, Inc.

        Defendants.

---

YRC Worldwide, Inc. and YRC, Inc.[1] make their Rule 7.1 Disclosure Statement as follows:

1.    There is no parent corporation to YRC Worldwide, Inc. and no publicly held corporation owns 10% or more its stock.  Yellow Transportation, Inc. is no longer a corporate entity, having merged with Roadway Express, Inc., with resulting corporate name of YRC, Inc.


COUSINEAU McGUIRE CHARTERED



Dated:  March 24, 2010              By:    /s/Peter G. Van Bergen
                                    PETER G. VAN BERGEN   #0112033
                                      Attorneys for YRC Worldwide, Inc. and YRC, Inc.
                                      1550 Utica Avenue South, Suite 600
                                      Minneapolis, Minnesota 55416-5318
                                      (952) 546-8400

1299279

---

[1] Yellow Transportation, Inc. was the trucking company at the time of the incident, but has since merged with Roadway Express, Inc. and the corporate name is YRC, Inc.  If and to the extent the Court requires an Answer on behalf of Yellow Transportation, Inc., this Answer should be deemed served on behalf of Yellow Transportation, Inc. as well as YRC Worldwide, Inc. and YRC, Inc.