**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Fayia Kollie, | Civil No. 10-605 (RHK/LIB) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| vs. | |
| YRC Worldwide, Inc. and YRC, Inc., individually and as successor in interest to Roadway Express, Inc., as successor in interest to Yellow Transportation, Inc., an operating company of YRC, Worldwide, Inc. and YRC Worldwide, Inc., individually, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 21), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, upon the merits, and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 8, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge